UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-2844 PSG (PLAx) | Date | May 17, 2017 |
|---|---|---|---|
| Title | Valladares v. JPMorgan Chase Bank, N.A. | | |

JS - 6

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order REMANDING Case to State Court

On April 24, 2017, the Court issued an Order to Show Cause ("OSC") why this case should not be remanded to state court for lack of subject matter jurisdiction. Dkt. # 8. The Court raised concerns that the Complaint did not satisfy the amount in controversy requirement of diversity jurisdiction. *Id.* Defendant JPMorgan Chase Bank, N.A. filed a timely response to the OSC and indicated that it would not contest the Court's finding regarding the amount in controversy. Dkt. # 9.

Because Defendant concedes that the amount in controversy is not satisfied in this case, the Court REMANDS to state court and CLOSES the federal case.

**IT IS SO ORDERED**.

AB for WH